SAMUEL E. KRAMER (SK 6948)
225 Broadway - Suite 3300
New York, New York 10007
(212) 285-2290
 *Attorney for Richard E. O'Connell,*
 *Chapter 7 Trustee of Mohamed H. Hassan*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X    Case No. 1: 15- cv-1817 WFK
MOHAMMED HASSAN,

                    Appellant
      -against-

RICHARD E. O'CONNELL, Chapter 7 Trustee of
MOHAMMED HASSAN,
a/k/a MOHAMMED H. HASSAM,
---------------------------------------------------------------X
In re:                                                                                                EDNY Bankruptcy Case No.: 12-43627 cec
MOHAMMED HASSAN,
a/k/a MOHAMMED H. HASSAM,
                  Debtor.
----------------------------------------------------------------X

## CERTIFICATION OF SERVICE

      SAMUEL E. KRAMER, an attorney duly admitted to practice in the Eastern District of New York, hereby certifies under penalty of perjury:

      On May 4, 2015, I served the Appellee's Brief on Behalf of Richard E. O'O'Connell, Chapter 7 Trustee of Mohammed Hassan, *etc.* ) , together with the Table of Contents of Trustee's Appendix and Trustee's Appendix, Part 1 and Part 2 upon the upon the below named counsel at addresses designated by them for that purpose by depositing a true copy of same enclosed in a postage paid properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service within New York State::

To:    Karamvir Dahiya, Esq.
         Dahiya Law Offices LLC
         75 Maiden Lane, Ste. 506
         New York, New York 10038

In addition, on that day I also sent a copy of the aforesaid documents to the above named counsel in PDF format to: karam@legalpundit.com.

Dated: May 4, 2015
New York, New York

<u>*S/Samuel E. Kramer*</u>
SAMUEL E. KRAMER